No. 14,153.

RISS AND COMPANY, INC. *v.* SPENCER.
(.. P. [2d] ..)

Decided June 7, 1937. Rehearing denied June 28, 1937.

Judgment affirmed in department on application for supersedeas without written opinion. Mr. Chief Justice Burke, Mr. Justice Hilliard and Mr. Justice Bakke participating.

Mr. JOHN F. MUELLER, for plaintiff in error.

Messrs. MOFFETT & HITCHCOCK, for defendant in error.